Entered: June 5th, 2025
Signed: June 5th, 2025

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Baltimore

| | | |
|---|---|---|
| In re: | * | Case No.: 23-16969-MMH |
| Roman Catholic Archbishop of Baltimore, | * | Chapter: 11 |
| Debtor. | * | |
| * * * * * * * | * | |
| The Official Committee of Unsecured Creditors, | * | |
| Plaintiff, | * | |
| vs. | * | Adversary No.: 25-00084-MMH |
| Roman Catholic Archbishop of Baltimore, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * *

### SCHEDULING ORDER AND RULE 26(f) REPORT APPROVAL

For good cause appearing, IT IS ORDERED

1. The parties' Rule 26(f) Report (the "Report") filed in this adversary proceeding is approved.

2. The parties are required to observe all deadlines and scheduled dates set forth in the Report.

3. A Status Report from counsel setting forth fully the status of the case is due on **October 9, 2025**.

4. The Court will enter separately on the docket information concerning the evidentiary protocol for the trial.

5. Any exhibits shall be filed in accordance with the evidentiary protocol.

6. All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1(b) by **December 3, 2025.**

7. The trial is scheduled for **December 15, 16, and 17, 2025, starting each day at 10:00 a.m., in Courtroom 9-C, Baltimore.**

8. Copies of all pleadings are to be served on the Office of the U.S. Trustee at 101 West Lombard Street, Suite 2650, Baltimore, Maryland 21201.

cc:  All Parties

**End of Order**