Entered: August 26th, 2025
Signed: August 26th, 2025

**SO ORDERED**

No further notice or opportunity for hearing is necessary under the circumstances of this matter. 11 U.S.C. § 102(1).



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Roman Catholic Archbishop of Baltimore,<br><br>Debtor. | Case No. 23-16969-MMH<br>(Chapter 11) |
| The Official Committee of Unsecured Creditors,<br><br>    Plaintiff,<br><br>v.<br><br>Roman Catholic Archbishop of Baltimore,<br><br>Defendant. | Adv. Proc. No. 25-00084-MMH |

**STIPULATION TO EXTEND INTERIM DISCOVERY DEADLINES AND ORDER APPROVING SAME**

**IT IS HEREBY STIPULATED TO AND AGREED**, by and between the undersigned counsel for Plaintiff and Counterclaim Defendant the Official Committee of Unsecured Creditors (the "Committee") and Defendant and Counterclaim Plaintiff the Roman Catholic Archbishop of Baltimore (the "Archdiocese"), that the deadline to complete fact witness depositions and third-party discovery, presently set for September 4, 2025 (Dkt. Nos. 22, 23), is hereby extended to

6432763.1

October 3, 2025. All other deadlines and scheduling orders remain in full force and effect unless modified by separate order of this Court.

Dated: August 22, 2025.

| | |
|---|---|
| /s/     Alan M. Grochal | /s/ Philip T. Evans |
| Alan M. Grochal, Fed. Bar No.: 01447<br>Richard L. Costella, Fed. Bar No. 14095<br>**Tydings & Rosenberg LLP**<br>1 East Pratt Street, Suite 901<br>Baltimore, Maryland 21202<br>Tel: (410) 752-9772<br>Fax: (410) 727-5460<br>Email: rcostella@tydings.com<br>           agrochal@tydings.com<br><br>*Local Counsel to the Committee*<br><br>-and-<br><br>Robert T. Kugler (MN # 194116)<br>Edwin H. Caldie (MN # 388930)<br>Andrew Glasnovich (MN # 0398366)<br>Christopher Sevedge (MO # 68383)<br>Nicole Khalouian (NY #5755681)<br>**Stinson LLP**<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Main: 612-335-1500<br>Facsimile:  612-335-1657<br>Email: robert.kugler@stinson.com<br>           ed.caldie@stinson.com<br>           drew.glasnovich@stinson.com<br>           chris.sevedge@stinson.com<br>           nicole.khalouian@stinson.com<br><br>*Counsel for the Committee* | Philip T. Evans (Fed. Bar No. 11796)<br>**HOLLAND & KNIGHT LLP**<br>800 17th Street, NW, Suite 1100<br>Washington, DC 20006<br>Telephone: 202.457.7043<br>Email: philip.evans@hklaw.com<br><br>-and-<br><br>Blake D. Roth (admitted pro hac vice)<br>C. Scott Kunde (admitted pro hac vice)<br>**HOLLAND & KNIGHT LLP**<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: 615.244.6380<br>Facsimile: 615.244.6804<br>Email: blake.roth@hklaw.com<br>           scott.kunde@hklaw.com<br>-and-<br><br>Catherine K. Hopkin (Fed. Bar No. 28257)<br>**YVS LAW, LLC**<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401<br>Telephone: 443.569.0788<br>Facsimile: 410.571.2798<br>Email: chopkin@yvslaw.com<br><br>*Counsel for the Debtor* |

**END OF ORDER**

6432763.1

**cc:** Alan M. Grochal, Esquire
Richard L. Costella, Esquire
**Tydings & Rosenberg LLP**
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202

Robert T. Kugler, Esquire
Edwin H. Caldie, Esquire
Andrew Glasnovich, Esquire
Christopher Sevedge, Esquire
Nicole Khalouian, Esquire
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Philip T. Evans, Esquire
**HOLLAND & KNIGHT LLP**
800 17th Street, NW, Suite 1100
Washington, DC 20006

Blake D. Roth, Esquire
C. Scott Kunde, Esquire
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219

Catherine Keller Hopkin, Esquire
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401

Hugh Bernstein, Esquire
Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

6432763.1