IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * * | * * * * * * * | |
| The Official Committee of Unsecured Creditors, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Adv. Pro. No.: 25-00084-MMH |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * | * * * * * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that a hearing will be held on **September 19, 2025, at 9:00 a.m. ET, by videoconference** on the following and any related papers filed on or before the response deadline of **September 15, 2025**:

**ECF 43** - Motion For Summary Judgment Filed by Official Committee Of Unsecured Creditors. (Attachments: # 1 Affidavit In Support of Motion for Summary Judgment # 2 Proposed Order Granting Motion for Summary Judgment) (Costella, Richard)

**ECF 44** - Motion *for Judicial Notice* Filed by Official Committee Of Unsecured Creditors. (Attachments: # 1 Proposed Order Granting Motion for Judicial Notice) (Costella, Richard)

**ECF 45** - Line *Substituting Exhibit L to Declaration of Drew Glasnovich in Support of Motion For Summary Judgment* Filed by Richard L. Costella (related document(s)43 Motion for Summary Judgment filed by Counter-Defendant Official Committee Of Unsecured Creditors, Plaintiff Official Committee Of Unsecured Creditors) (Attachments: # 1 Exhibit) (Costella, Richard)

**ECF 46** - Support Document Filed by Richard L. Costella (related document(s)43 Motion for Summary Judgment filed by Counter-Defendant Official Committee Of Unsecured Creditors, Plaintiff Official Committee Of Unsecured Creditors, 44 Motion for Miscellaneous Relief filed by Counter-Defendant Official Committee Of Unsecured Creditors, Plaintiff Official Committee Of Unsecured Creditors) (Costella, Richard)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/4/2025

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov