The Court appreciates this prompt filing in response to the Order at ECF 51. The response does not include a copy of the Certification but the Court has reviewed it on the docket. As such, Counsel should update the Certification at ECF 39-9, which is dated August 25, 2025, in its status report due under the Court's Order at ECF 51.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| In re: | * | |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | * * | |
| Debtor. | * | Case No. 23-16969-MMH (Chapter 11) |
| * * * * * * * | * | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | * * | |
| Plaintiff, | * | Adversary Proceeding No. 25-00084-MMH |
| v. | * | |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | * * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**NONPARTY WITNESS MARYLAND CATHOLIC CONFERENCE, LLC'S
RESPONSE TO COURT'S ORDER DIRECTING FILING OF STATUS REPORTS**

Nonparty Maryland Catholic Conference ("MCC") is in receipt of the Court's Order Directing Filing of Status Reports (ECF 51). The Order seems to suggest that the Court may not have received the MCC's Certificate of Counsel Pursuant to Local Rule 7026-1(f), which was submitted with the MCC's Motion to Quash. *See* ECF 39-9. Attached as *Exhibit 1* is another copy of that certificate.

Undersigned counsel remains willing to confer further with counsel for Plaintiff and Defendant to resolve or otherwise streamline the issues presented in the MCC's Motion to Quash (ECF 39) and in connection with the Status Report that the Court has directed the parties to file. MCC will supplement the

previously-filed Local Rule 7026-1 Certificate (ECF 39-9) to account for any additional meet-and-confer efforts before the hearing date.

Dated: September 4, 2025 　　　　　　　*/s/David J. Shuster*
　　　　　　　　　　　　　　　　　　　David J. Shuster (Fed. Bar No. 23120)
　　　　　　　　　　　　　　　　　　　Elizabeth M.W. Pittman (Fed. Bar No. 31276)
　　　　　　　　　　　　　　　　　　　KRAMON & GRAHAM, P.A.
　　　　　　　　　　　　　　　　　　　750 East Pratt Street, Suite 1100
　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　dshuster@kg-law.com
　　　　　　　　　　　　　　　　　　　epittman@kg-law.com
　　　　　　　　　　　　　　　　　　　(410) 752-6030 Telephone
　　　　　　　　　　　　　　　　　　　(410) 539-1269 Facsimile

　　　　　　　　　　　　　　　　　　　*Attorneys for Nonparty Witness*
　　　　　　　　　　　　　　　　　　　*Maryland Catholic Conference, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September, 2025, a copy of the foregoing was filed electronically via CM/ECF, which effected service on counsel for all parties, sent via electronic mail and mailed, first class postage prepaid to:

　　　　Edwin H. Caldie, Esquire
　　　　Andrew Glasnovich, Esquire
　　　　Robert T. Kugler, Esquire
　　　　Stinson LLP
　　　　50 South Sixth Street, #2600
　　　　Minneapolis, Minnesota 55402
　　　　ed.caldie@stinson.com
　　　　drew.glasnovich@stinson.com
　　　　robert.kugler@stinson.com

　　　　Nicole Khalouian, Esquire
　　　　Stinson LLP
　　　　100 Wall Street, Suite 201
　　　　New York, New York 10005
　　　　nicole.khalouian@stinson.com

　　　　Richard L. Costella, Esquire
　　　　Alan M. Grochal, Esquire
　　　　Tydings & Rosenberg LLP
　　　　One E. Pratt Street, Suite 901
　　　　Baltimore, Maryland 21202

rcostella@tydings.com
agrochal@tydingslaw.com

Attorneys for Plaintiff/Counter-Defendant
Official Committee of Unsecured Creditors

**and to:**

Philip Tucker Evans, Esquire
Holland and Knight
800 17th Street, Suite 1100
Washington, DC 20006
philip.evans@hklaw.com

Catherine Keller Hopkin, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
chopkin@yvslaw.com

Christopher Scott Kunde, Jr., Esquire
Blake Daniel Roth, Esquire
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
scott.kunde@hklaw.com
blake.roth@hklaw.com

Attorneys for Defendant/Counter-Claimant
Roman Catholic Archbishop of Baltimore

         */s/David J. Shuster*
         David J. Shuster (Fed. Bar No. 23120)