

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Roman Catholic Archbishop of Baltimore,<br><br>    Debtor. | Case No. 23-16969-MMH<br>(Chapter 11) |
| The Official Committee of Unsecured Creditors,<br><br>v.<br><br>Roman Catholic Archbishop of Baltimore,<br><br>    Defendant. | Adv. Proc. No. 25-00084-MMH |

### STIPULATION TO EXTEND INTERIM DISCOVERY DEADLINES AND ORDER APPROVING SAME

Plaintiff and Counterclaim Defendant the Official Committee of Unsecured Creditors (the "Committee") and Defendant and Counterclaim Plaintiff the Roman Catholic Archbishop of Baltimore (the "Debtor"), enter into this stipulation (this "Stipulation") regarding the deadline to complete fact witness depositions and third-party discovery in the above-captioned adversary proceeding.

6439231.1

**RECITALS**

1. On August 26, 2025, the Court entered as so Ordered the Committee and Debtor's Stipulation to extend the deadline to complete fact witness depositions and third-party discovery from September 4, 2025 to October 3, 2025. (Dkt. 41.)

2. Pursuant to the Court's Scheduling Order, the deadline to file and serve dispositive motions in this adversary proceeding is presently set within 141 days of entry of the Court's Scheduling Order (Dkt. 23), or by October 24, 2025. (*see* Dkts. 22, 23.)

3. On August 25, 2025, non-party witness Maryland Catholic Conference, LLC moved to quash the Committee's Notice of Subpoena Deuces Tecum and Ad Testificandum. (Dkt. 39). That motion remains pending.

4. On August 28, 2025, the Committee filed its motion for summary judgment pursuant to Fed. R. Bank. P. 7056. (Dkts. 43-46.)

5. Given the current posture of this adversary proceeding and the pendency of the Committee's motion for summary judgment, the parties believe it would be more efficient and cost-effective to allow the summary judgment motion to be fully briefed before proceeding with depositions.

6. The parties further believe briefing on the summary judgment motion may significantly narrow deposition discovery, thereby conserving judicial resources and reducing costs for all parties.

**STIPULATION**

7. The above recitals are incorporated by reference.

8. The deadline to complete fact witness depositions and third-party discovery is hereby extended from October 3, 2025 to November 7, 2025.

6439231.1

9. The Debtor's opposition brief to the Committee's motion for summary judgment is due on or before September 18, 2025, and the Committee's reply brief is due on or before September 25, 2025.

10. The parties reserve all other rights and defenses in this adversary proceeding.

11.    This Stipulation is subject to the Court's approval.

Dated: September 4, 2025

| | |
|---|---|
| /s/Alan M. Grochal | /s/ Philip T. Evans |
| Alan M. Grochal, Fed. Bar No.: 01447<br>Richard L. Costella, Fed. Bar No. 14095<br>**Tydings & Rosenberg LLP**<br>1 East Pratt Street, Suite 901<br>Baltimore, Maryland 21202<br>Tel: (410) 752-9772<br>Fax: (410) 727-5460<br>Email: rcostella@tydings.com<br>       agrochal@tydings.com<br><br>*Local Counsel to the Committee*<br><br>-and-<br><br>Robert T. Kugler (MN # 194116)<br>Edwin H. Caldie (MN # 388930)<br>Andrew Glasnovich (MN # 0398366)<br>Christopher Sevedge (MO # 68383)<br>Nicole Khalouian (NY #5755681)<br>**Stinson LLP**<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Main: 612-335-1500<br>Facsimile: 612-335-1657<br>Email: robert.kugler@stinson.com<br>      ed.caldie@stinson.com<br>      drew.glasnovich@stinson.com<br>      chris.sevedge@stinson.com<br>      nicole.khalouian@stinson.com<br><br>*Counsel for the Committee* | Philip T. Evans (Fed. Bar No. 11796)<br>**HOLLAND & KNIGHT LLP**<br>800 17th Street, NW, Suite 1100<br>Washington, DC 20006<br>Telephone: 202.457.7043<br>Email: philip.evans@hklaw.com<br><br>-and-<br><br>Blake D. Roth (admitted pro hac vice)<br>C. Scott Kunde (admitted pro hac vice)<br>**HOLLAND & KNIGHT LLP**<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: 615.244.6380<br>Facsimile: 615.244.6804<br>Email: blake.roth@hklaw.com<br>      scott.kunde@hklaw.com<br>-and-<br><br>Catherine Keller Hopkin (Fed. Bar No. 28257)<br>**YVS LAW, LLC**<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401<br>Telephone: 443.569.0788<br>Facsimile: 410.571.2798<br>Email: chopkin@yvslaw.com<br><br>*Counsel for the Debtor* |

**END OF ORDER**

**cc:** Alan M. Grochal, Esquire
Richard L. Costella, Esquire
**Tydings & Rosenberg LLP**
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202


Robert T. Kugler, Esquire
Edwin H. Caldie, Esquire
Andrew Glasnovich, Esquire
Christopher Sevedge, Esquire
Nicole Khalouian, Esquire
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Philip T. Evans, Esquire
**HOLLAND & KNIGHT LLP**
800 17th Street, NW, Suite 1100
Washington, DC 20006

Blake D. Roth, Esquire
C. Scott Kunde, Esquire
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219

Catherine Keller Hopkin, Esquire
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401

Hugh Bernstein, Esquire
Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

6439231.1

5