UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 23-16969-MMH |
| Roman Catholic Archbishop of Baltimore, | (Chapter 11) |
| Debtor. | |

| | |
|---|---|
| The Official Committee of Unsecured Creditors, | |
| Plaintiff, | Adv. Proc. No. 25-00084-MMH |
| v. | |
| Roman Catholic Archbishop of Baltimore, | |
| Defendant. | |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIST OF EXHIBITS IN CONNECTION WITH MOTION TO QUASH FILED BY MARYLAND CATHOLIC CONFERENCE LLC

The Official Committee of Unsecured Creditors (the "Committee" or "Respondent") files this List of Exhibits in connection with the hearing scheduled on September 15, 2025 at 3 p.m. on the Motion to Quash filed by Maryland Catholic Conference LLC (dkt. 39) and the Opposition thereto filed by the Committee (dkt. 58).

### EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Committee 1 | Glasnovich Declaration | | | |
| Committee 2 | Committee Interrogatories to Debtor | | | |

6441941.1

| | |
|---|---|
| Committee 3 | Debtor's Responses/Objections to Interrogatories |
| Committee 4 | Discovery Deficiency Letter Sent to Debtor |
| Committee 5 | Debtor Letter Response to Committee |
| Committee 6 | MCC Website Excerpt |
| Committee 7 | MCC Website Post |
| Committee 8 | MCC Position Statement—House Bill 1378 |
| Committee 9 | Brief of Petitioner—RCAW v. John Doe et al |
| Committee 10 | MCC Statement of Information to Md. Senate |
| Committee 11 | MCC Statement of Information to Md. House |
| Committee 12 | MCC Position Statement to Md. House (bill 641) |
| Committee 13 | MCC Position Statement to Md. House (bill 974) |
| Committee 14 | MCC Position Statement to Md. Senate (bill 686) |
| Committee 15 | Maryland Lobbyist Registrations |
| Committee 16 | Email Exchange between Committee and MCC Counsel |
| Committee 17 | Subpoena served on MCC |

Date: September 9, 2025                             Respectfully submitted,

/s/ Alan M. Grochal
Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No. 14095
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
           agrochal@tydings.com

*Local Counsel to the Official Committee of Unsecured Creditors*

6441941.1

CORE/3529758.0002/191505255.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of September, 2025, a copy of the foregoing ***THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIST OF EXHIBITS IN CONNECTION WITH MARYLAND CATHOLIC CONFERENCE'S MOTION TO QUASH*** was served via the Court's ECF filing system, and where indicated by electronic mail, on the following:

Blake D. Roth, Esquire; blake.roth@hklaw.com

Catherine K. Hopkin, Esquire, chopkin@yvslaw.com

Hugh Bernstein, Esquire, hugh.m.bernstein@usdoj.gov (by email)

Philip Tucker Evans, Esquire; philip.evans@hklaw.com

Christopher Scott Kunde, Jr., Esquire; scott.kunde@hklaw.com

David J. Shuster, Esquire; dshuster@kg-law.com.


/s/ Alan M. Grochal
Alan M. Grochal


**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire: nda@nqgrg.com
Philip D. Anker, Esquire: philip.anker@wilmerhale.com
Sam Alberts, Esquire: sam.alberts@dentons.com
Monique D. Almy, Esquire: malmy@crowell.com
G. Calvin Awkward, III, Esquire: cawkward@goldbergsegalla.com
Gary Bahena, Esquire: garybahena@bahenalaw.com
Hugh M. Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Diane C. Bristow, Esquire: dcb@nqgrg.com
Edwin H. Caldie, Esquire: ed.caldie@stinson.com
Richard L. Costella, Esquire: rcostella@tydings.com
PhilipTucker Evans, Esquire: philip.evans@hklaw.com

6441941.1

CORE/3529758.0002/191505255.1

Kevin Foreman, Esquire: kforeman@carltonfields.com
Andrew Freeman, Esquire: adf@browngold.com
Andrew Glasnovich, Esquire: drew.glasnovich@stinson.com
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Alan M. Grochal, Esquire: agrochal@tydings.com
Megan Harmon, Esquire: megan.harmon@bge.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Robert Keith Jenner: rjenner@jennerlawfirm.com
Steven J. Kelly, Esquire: skelly@gelaw.com
Nicole Khalouian, Esquire: nicole.khalouian@stinson.com
Robert T. Kugler, Esquire: robert.kugler@stinson.com
C. Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Anthony May, Esquire: amay@browngold.com
Gordon Z. Novod, Esquire: gnovod@gelaw.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Mark David Plevin, Esquire: mplevin@crowell.com
David Kendall Roberts, Esquire: droberts2@omm.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
Blake D. Roth, Esquire: blake.roth@hklaw.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Jonathan Schapp, Esquire: jschapp@goldbergsegalla.com
U.S. Trustee – Baltimore: ustpregion04.ba.ecf@usdoj.gov
Irving Edward Walker, Esquire: iwalker@coleschotz.com
Jonathan Schochor, Esquire; jschochor@sfspa.com
Kerry Staton, Esquire; kstaton@sfspa.com
Joshua F. Kahn, Esquire; jkahn@sfspa.com
Thomas F. Yost, Esquire; tyost@yostlaw.com
Desirae Krislie C. Tongco, Esquire; dtongco@omm.com

Joshua D. Weinberg, Esquire: jweinberg@ruggerilaw.com
Adam R. Dunst, Esquire, adunst@goldbergsegalla.com
Samantha J. Hanson-Lenn, Esquire, Samantha.hansonlenn@stinson.com
Eric G. Korphage, Esquire, korphagee@whiteandwilliams.com
Robert H. Kline, Esquire, kliner@whiteandwilliams.com
Matthew M. Weiss, Esquire, mweiss@phrd.com
John E. Bucheit, Esquire, jbucheit@phrd.com
Matthew G. Roberts, Esquire, mroberts@phrd.com
John Grossbart, Esquire, john.grossbart@dentons.com
Siobhain P. Minarovich, Esquire, manarovics@whiteandwilliams.com
Justin P. Fasano, Esquire, jfasano@mhlawyers,com
Matthew C. Nelson, Esquire, matthew.nelson@kennedyslaw.com
Jillian G. Dennehy, Esquire, jillian.dennehy@kenedyslaw.com
James R. Murray, Esquire, jim.murray@blankrome.com
James D. Carter, Esquire, james.carter@blankrome.com
Robyn L. Michaelson, Esquire, robyn.michaelson@blankrome.com
Sara G. Klein, Esquire, sklein@manlystewart.com
Gary P. Seligman, Esquire, gseligman@wiley.law
Ezhan S. Hasan, Esquire, ahasan@wiley.com
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire, cdickinson@sbwdlaw.com
Isabella R. Sayyah, Esquire, isayyah@gibsondunn.com
Matthew A. Hoffman, Esquire, mhoffman@gibsondunn.com
Ryan S. Appleby, Esquire, rappleby@gibsondunn.com
Michael A. Rosenthal, Esquire, mrosenthal@gibsondunn.com
Todd C. Jacobs, Esquire, tjacobs@phrd.com
Jesse J. Bair, Esquire, jbair@burnsbair.com
Timothy W. Burns, Esquire, tburns@burnsbair.com
Jared Zola, Esquire, jared.zola@blankrome.com
Anthony J.M. Kikendall, Esquire, kikendalla@whiteandWilliams.com
Eileen King Bower, Esquire,  Eileen.kingbower@clydeco.us
Robert M. Westra, Esquire, rwestra@ppsrlaw.com
Kevin A. Clasing, Esquire, kclasing@ppsrlaw.com
Morgan K. Stippel, Esquire, mstippel@burnsbair.com
Justine M. Daniels, Esquire, jdaniels@omm.com
Ryan S, Perlin, Esquire, perlin@mdtrialfirm.com
Emily C. Malarkey, Esquire, malarkey@mdtrialfirm.com
Jodie E. Bekman, Esquire, jbekman@gfrlaw.com
Timothy Karcher, Esquire, tkarcher@proskauer.com
Paul Possinger, Esquire, ppossinger@proskauer.com
Christopher White, Esquire, Christopher.white@clydeco.us
Clinton Cameron, Esquire, Clinton.cameron@clydeco.us
Bret Kabacinski, Esquire, bret.kabacinski@clydeco.us
Douglas McGill, Esquire, dmcgill@webbermcgill.com
Christopher Sevedge, Esquire; Christopher.Sevedge@Stinson.com

6441941.1