Entered: September 30th, 2025
Signed: September 30th, 2025
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| Debtor. | * | Chapter 11 |
| Official Committee of Unsecured Creditors, | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 25-00084-MMH |
| Roman Catholic Archbishop of Baltimore, | * | |
| Defendant. | * | |

### ORDER SETTING RESPONSE DEADLINE AND HEARING

This matter is before the Court on the Motion to Intervene (the "Motion") filed by the Ad Hoc Committee of Parishes, Schools, and Affiliates (the "Ad Hoc Committee"). ECF 81. By the Motion, the Ad Hoc Committee requests authority to intervene in the above-captioned adversary proceeding. A hearing is currently scheduled for October 6, 2025, to consider the dispositive motions filed by both the Plaintiff and the Defendant. To enable the Court to consider the dispositive motions on a complete and fully informed record, the Court will shorten the deadline to respond to the Motion and set it for expedited hearing.

2

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that any responses to the Motion shall be filed **on or before October 3, 2025**; and it is further

**ORDERED**, that the Motion is set for hearing **on October 6, 2025, at 10:00 a.m.**

cc:    All Parties
       All Counsel

**END OF ORDER**