## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>            Debtor.[1] | Chapter 11<br><br>Case No. 23-16969-MMH |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>            Plaintiff,<br><br>      v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>            Defendant. | Adv. Pro. No. 25-00084-MMH |

### THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE'S LIST OF EXHIBITS IN CONNECTION WITH MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT ON QUESTION OF CHARITABLE IMMUNITY

The Roman Catholic Archbishop of Baltimore (the "***Debtor***"), by and through its undersigned counsel, files this List of Exhibits in connection with the hearing scheduled on October 6, 2025 at 10 a.m. on the: (i) Committee's Motion for Summary Judgment (Dkt. 43), (ii) Committee's Motion for Judicial Notice (Dkt. 44), (iii) Opposition/Cross-Motion filed by Debtor to the Motion for Summary Judgment (Dkt. 68), and (iv) Committee's Reply Brief (Dkt. 80).

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D 01 | Parker Declaration | | | |
| D 02 | Ex 1 to Parker Dec. (Excerpts from Code of Canon Law) | | | |
| D 03 | Matera Declaration | | | |
| D 04 | Ex 1 to Matera Dec. (Info. on Archdiocese) | | | |
| D 05 | Ex 2 to Matera Dec. (Informational Brief) | | | |

Dated:  October 1, 2025

/s/ Philip T. Evans
Philip T. Evans (Fed. Bar No. 11796)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.457.7043
Email: philip.evans@hklaw.com

-and-

Blake D. Roth (admitted pro hac vice)
C. Scott Kunde (admitted pro hac vice)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615.244.6380
Facsimile: 615.244.6804
Email: blake.roth@hklaw.com
scott.kunde@hklaw.com

-and-

Catherine Keller Hopkin (Fed. Bar No. 28257)
YVS LAW , LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: 443.569.0788
Facsimile: 410.571.2798

Email: chopkin@yvslaw.com

*Attorneys for the Debtor and Debtor In Possession*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2025, a true and accurate copy of the foregoing was served via the Court's CM/ECF e-filing system on all counsel of record.

                                        /s/ Philip T. Evans
                                        Philip T. Evans