Entered: October 2nd, 2025
Signed: October 2nd, 2025
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * | * * * * * * | |
| Official Committee of Unsecured Creditors, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. Pro. No. 25-00084-MMH |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | |
| | * | |
| Defendant. | * | |
| * * * * * * | * * * * * * | |

## SUPPLEMENTAL INTERIM ORDER ADDRESSING MOTION TO QUASH

This matter is before the Court on the Motion to Quash (the "Motion") filed by Maryland Catholic Conference, LLC ("MCC") and the Joinder in Support of the Motion (the "Joinder") filed by the Roman Catholic Archbishop of Baltimore, the above-captioned defendant, counter-claimant, and debtor-in-possession (the "Defendant"). ECF 39, 47. On September 22, 2025, the Court entered an Interim Order Addressing Motion to Quash (the "Interim Order").[1] ECF 77. The Defendant filed a Line requesting a status conference in accordance with the Interim Order on

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Interim Order.

September 30, 2025. ECF 84. The Court held that status conference by videoconference on October 2, 2025 (the "Status Conference"). The Court finds good cause to supplement a part of the Interim Order, as provided below.

Accordingly, for the reasons set forth on the record of the Status Conference, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that, the Defendant shall (i) review its records (including any emails, memoranda, documents, or other communications) and its responses to the Plaintiff's discovery requests; and (ii) supplement any responses to which the Defendant suggested that the Plaintiff should obtain such information from MCC by providing the requested information (subject to any defenses or privileges) or a written explanation as to why such information is not available (subparts (i) and (ii) are referred to herein as the "Additional Production"); and it is further

**ORDERED**, that the Defendant shall use its good faith, best efforts to produce at least part of the Additional Production to the Plaintiff **on or before October 3, 2025**; and it is further

**ORDERED**, that the Defendant shall produce any remaining parts of the Additional Production to the Plaintiff **on or before October 9, 2025**; and it is further

**ORDERED**, that the hearing scheduled in this adversary proceeding on October 6, 2025, will go forward and the parties may, at that time, raise any arguments or objections based on a delay in transmitting the Additional Production, with all parties' respective rights regarding the same being preserved; and it is further

**ORDERED**, all other aspects of the Interim Order remain in full force and effect.

cc:   All Counsel
      All Parties

**END OF ORDER**