Entered: October 30th, 2025
Signed: October 30th, 2025

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * | * * * * * * * | |
| Official Committee of Unsecured Creditors, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 25-00084-MMH |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * | * * * * * * * | |

### ORDER DENYING MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT

On October 6, 2025, the Court held a hearing (the "Hearing") to consider the following dispositive motions:[1] (i) the Motion for Summary Judgment filed by the Committee (the "Committee's Motion"); (ii) the Opposition and Cross-Motion for Summary Judgment filed by the Debtor (the "Debtor's Motion"); and (iii) all related papers. ECF 43, 68, 80, 93. The Court heard statements and arguments on those motions from counsel to the Committee, the Debtor, and the

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Memorandum Opinion entered simultaneously with this Order.

Ad Hoc Committee. The parties also submitted post-Hearing briefs. ECF 103, 104. The Court has now reviewed the parties' respective papers, exhibits, and arguments, as well as the applicable law. These matters are ripe for resolution.

For the reasons set forth in the Memorandum Opinion entered simultaneously herewith and incorporated herein fully by reference, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Committee's Motion [ECF 43] is denied; and it is further

**ORDERED**, that the Debtor's Motion [ECF 68] is denied; and it is further

**ORDERED**, that this adversary proceeding will proceed to trial, as previously scheduled, starting on December 15, 2025.


cc:   All Parties
      All Counsel

**END OF ORDER**