IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE.<br><br>    Debtor.[1] | Chapter 11<br>Case No. 23-16969-MMH |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>    Defendant. | Adversary Proceeding<br>No. 25-00084 |

**DEBTOR'S EXHIBIT LIST**

| Exhibit No. | Description | Stipulated | Judicial Notice | Supported by Testimony |
|---|---|---|---|---|
| 1. | Maryland Statutes on Roman Catholic Archdiocese of Baltimore's formation | | X | |
| 2. | Catholic directory of Archdiocese | | | X |
| 3. | Excerpts from Code of Canon Law | | X | |
| 4. | Excerpts from Complementary Norms | | X | |

---

[1] The last four digits of the Debtor's federal tax identification number are: 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

|  |  |  |  |  |
|---|---|---|---|---|
|  | for the Apostolic Constitution *Anglicanorum coetibus* |  |  |  |
| 5. | Mission Statement from Debtor's website |  | X |  |
| 6. | Pre-bankruptcy request to Holy See |  |  | X |
| 7. | IRS determination letter (with directory) |  |  | X |
| 8. | Debtor's Informational Brief |  | X |  |
| 9. | Formation documents for General Insurance Trust |  |  | X |
| 10. | Formation documents for Health Insurance Trust |  |  | X |
| 11. | Formation documents for Sexual Misconduct Trust |  |  | X |
| 12. | Formation documents for Annual Appeal Trust |  |  | X |
| 13. | Formation documents for Communicable Disease Insurance Trust |  |  | X |
| 14. | Formation documents for Priest Pension Plan Trust |  |  | X |
| 15. | Formation documents for Priest Post-Retirement Plan |  |  | X |
| 16. | Formation documents for Priest Post-Retirement Medical Benefits |  |  | X |
| 17. | Formation documents for Lay Pension Plan Trust |  |  | X |
| 18. | Formation documents for Lay Employees Retirement Trust |  |  | X |
| 19. | Formation documents for Inter-Parish Loan Fund, Inc. |  |  | X |

| # | Document | | | |
|---|---|---|---|---|
| 20. | Roman Catholic Foundation in the Archdiocese of Baltimore, Inc. (Articles) | | | X |
| 21. | John Carroll Foundation of the Roman Catholic Archdiocese of Baltimore, Inc. (Articles) | | | X |
| 22. | New Cathedral Cemetery Company, Inc. (Articles) | | | X |
| 23. | The Catholic Community Foundation of the Archdiocese of Baltimore, Inc. (Articles) | | | X |
| 24. | Schedules and Statement of Financial Affairs | | X | |
| 25. | Chart showing Debtor's Insurance Coverage during time period of claims (Fed.R.Civ.P. 1006) | | | X |

Dated:  December 3, 2025

Respectfully Submitted,

/s/ *Philip T. Evans*
Philip T. Evans (Fed. Bar No. 11796)
Nicholas A. Dellefave (Fed. Bar No. 31895)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.457.7043
Email: *philip.evans@hklaw.com*
         *nicholas.dellefave@hklaw.com*

Blake D. Roth (admitted pro hac vice)
C. Scott Kunde (admitted pro hac vice)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615.244.6380
Facsimile: 615.244.6804
Email: *blake.roth@hklaw.com*
         *scott.kunde@hklaw.com*

Catherine Keller Hopkin (Fed. Bar No. 28257)
YVS LAW, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: 443.569.0788
Facsimile: 410.571.2798
Email: *chopkin@yvslaw.com*

*Attorney for Debtor/Defendant*
*The Roman Catholic Archbishop of Baltimore*

4