IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE.<br><br>    Debtor.[1] | Chapter 11<br>Case No. 23-16969-MMH |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>    Defendant. | Adversary Proceeding<br>No. 25-00084 |

## DEBTOR'S WITNESS LIST

1. Bishop Adam J. Parker
   *Auxiliary Bishop for the Archdiocese of Baltimore*

2. John Matera
   *Executive Director of Management Services and Chief Financial Officer for the Archdiocese of Baltimore*

3. William McCarthy
   *Former Executive Director, Catholic Charities*

4. Tom Alban
   *Director of Risk Management for the Archdiocese of Baltimore*

---

[1] The last four digits of the Debtor's federal tax identification number are: 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

Dated: December 9, 2025

Respectfully Submitted,

/s/ *Philip T. Evans*
Philip T. Evans (Fed. Bar No. 11796)
Nicholas A. Dellefave (Fed. Bar No. 31895)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.457.7043
Email: *philip.evans@hklaw.com*
         *nicholas.dellefave@hklaw.com*

Blake D. Roth (admitted pro hac vice)
C. Scott Kunde (admitted pro hac vice)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615.244.6380
Facsimile: 615.244.6804
Email: *blake.roth@hklaw.com*
         *scott.kunde@hklaw.com*

Catherine Keller Hopkin (Fed. Bar No. 28257)
YVS LAW, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: 443.569.0788
Facsimile: 410.571.2798
Email: *chopkin@yvslaw.com*

*Attorney for Debtor/Defendant*
*The Roman Catholic Archbishop of Baltimore*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of December, 2025, a true and accurate copy of the foregoing was served via the Court's CM/ECF e-filing system on all counsel of record.

                                                          /s/ Philip T. Evans
                                                            Philip T. Evans