Entered: December 10th, 2025
Signed: December 10th, 2025
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| Debtor. | * | Chapter 11 |
| Official Committee of Unsecured Creditors, | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 25-00084-MMH |
| Roman Catholic Archbishop of Baltimore, | * | |
| Defendant. | * | |

**ORDER CONTINUING PRE-TRIAL AND TRIAL DATES *SINE DIE***

Based on the representations of the parties at the pre-trial hearing held in this adversary proceeding on December 10, 2025, the Court finds good cause to continue the pre-trial and trial dates. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that all pre-trial and trial dates currently scheduled in the above-captioned adversary proceeding are continued *sine die*.

cc:   All Parties
      All Counsel

**END OF ORDER**