IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * * | * * * * * * | |
| Official Committee of Unsecured Creditors, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Adv. Pro. No.: 25-00084-MMH |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * | * * * * * | |

## NOTICE THAT THE TRIAL SCHEDULED FOR DECEMBER 15, 16, AND 17, 2025, HAS BEEN REMOVED FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the trial scheduled for December 15, 16, and 17, 2025, and Noticed in the above-captioned proceeding by the Scheduling Order and Rule 26(f) Report Approval [ECF 23] has been removed from the Court's calendar by the Order Continuing Pre-Trial and Trial Dates *sine die*. ECF 157.

Accordingly, the December 15, 16, and 17, 2025, trial in this proceeding is CANCELLED.

cc:   All counsel and parties
      U.S. Trustee

**END OF NOTICE**